IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WILMINGTON MUTUAL TRUST COMPANY, <br> Plaintiff, <br><br> v. <br><br> M/V SEA REED, et al., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:10cv315 <br> ) <br> ) <br> ) |

FILED MAY 19 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER

Upon consideration of the May 3, 2011 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the May 3, 2011 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against the defendant vessel *in rem* in the total amount of $207,058.89.

It is further **ORDERED** that the U.S. Marshal's Service is **DIRECTED** to take prompt steps to sell the defendant vessel at a public auction, pursuant to 46 U.S.C. § 31326(a), with plaintiff having the right to credit bid in the judicial sale, in accordance with the terms set forth in the Final Judgment entered contemporaneously with this Order.

The Clerk is **DIRECTED** to enter judgment, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

1

The Clerk is further **DIRECTED** to send a copy of this Order and the Final Judgment to defendants, the Magistrate Judge and all counsel of record.

Alexandria, Virginia
May 19, 2011

/s/
_____
T. S. Ellis, III
United States District Judge

2